# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL MASON,**

       **Plaintiff,**

v.

**FRANK BISIGNANO,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

       **Defendant.**

Case No. 25-CV-00699-SPM

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g). (Doc. 14). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

The parties agree to a judgment reversing the Commissioner's decision under sentence four of § 405(g) and remanding the cause to the Commissioner. (Doc. 14). The parties further agree that the Administrative Law Judge should consider, on remand, whether the evidence stablishes that Mason's substance abuse is a severe impairment, and whether to engage in the agency's procedures for assessing claims

of disabling substance abuse, offer Mason the opportunity for a hearing, take further action to complete the administrative record resolving the aforementioned issues, and issue a new decision. (*Id.*).

Mason applied for Supplemental Security Income on September 16, 2021, and was initially denied as well as denied upon reconsideration. (Doc. 1; Doc. 12, p. 1). Mason requested a hearing before an ALJ and received an unfavorable decision on November 14, 2023. (Doc. 12, p. 2). On February 14, 2024, the Appeals Council remanded his claim on the grounds that the ALJ had entered new evidence into the record without proffering it to Mason. (*Id.*). On November 14, 2024, Mason's again received an unfavorable decision. (Doc. 1; Doc. 12, p. 2). On February 20, 2025, the Appeals Council denied review. (Doc. 1).

For good cause shown, the parties' Agreed Motion to Remand (Doc. 14) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: September 25, 2025**

                                                *s/ Stephen P. McGlynn*
                                                **STEPHEN P. McGLYNN**
                                                **U.S. District Judge**