# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL MASON,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**FRANK BISIGNANO,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY,**<br><br>　　　　　**Defendant.** | Case No. 25-CV-00699-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 25, 2025 (Doc. 17), the Commissioner's final decision denying Plaintiff Michael Mason's application for Supplemental Security Income is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 18 U.S.C. § 405(g).

　　Judgment is entered in favor of Plaintiff Michael Mason and against Leland Dudek, Commissioner of Social Security.

**DATED: September 25, 2025**

　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn

**STEPHEN P. MCGLYNN**
**U.S. District Judge**